[No. 9222–1–II.   Division Two.   July 14, 1987.]

THURSTON COUNTY, *Respondent,* v. KEITH W. BELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–2–01235–7, Carol A. Fuller, J., entered

1058

September 6, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Thompson and Yencopal, JJ. Pro Tem.